IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERKLEY V. WALKER, on
behalf of himself and all others
similarly situated,

    Plaintiffs,

v.                                                    No. 1:18-cv-00810-JCH-JHR

BOKF, NATIONAL
ASSOCIATION d/b/a BANK OF
ALBUQUERQUE, N.A.,

    Defendant.

## FINAL JUDGMENT

The Court has entered a Memorandum Opinion and Order dismissing with prejudice Defendant BOKF, National Association d/b/a Bank of Albuquerque, N.A., and all claims in this case. This Final Judgment, in compliance with Federal Rule of Civil Procedure 58, adjudicates all existing claims and liabilities of the parties.

    **IT IS HEREBY ORDERED** that final judgment is entered in favor of Defendant on Plaintiff's claim, which is **DISMISSED** in its entirety.

    **IT IS SO ORDERED**.

_____
JUDITH C. HERRERA
UNITED STATES DISTRIC COURT JUDGE