UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BERKLEY V. WALKER, *on behalf of himself and all others similarly situated*,

    Plaintiff,

v.    No. 1:18-cv-00810-JCH-JHR

BOKF, NATIONAL ASSOCIATION *doing business as* BANK OF ALBUQUERQUE, N.A.,

    Defendant.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58 and consistent with this Court's Memorandum Opinion and Order entered on July 15, 2019 (ECF No. 19) granting Defendant's motion to dismiss and Memorandum Opinion and Order declining to reconsider the motion to dismiss order, entered concurrently with this Final Judgment, the Court hereby **ORDERS** that final judgment is entered in favor of Defendant on Plaintiff's claim, which is **DISMISSED** in its entirety.

    **IT IS SO ORDERED**.

_____
JUDITH C. HERRERA
SENIOR UNITED STATES DISTRICT JUDGE